Ezekiel A. Kendall, Respondent, *v.* The Holland Pur-chase Insurance Company, Appellant.

(Submitted October 6, 1874; decided November 10, 1874.)

. Reported below, 2 New York Supreme Court (T. & C.), 275.

*Geo. Bowen* for the appellant.

*Ansley & Vreeland* for the respondent.

Agree to affirm.   No opinion.
Judgment affirmed.